UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-20657-LEIBOWITZ

FRANCISCO RUBEN RAMOS GOMEZ,

    *Petitioner,*

v.

CHARLES PARRA,

    *Respondent.*

_____/

## ORDER

**THIS CAUSE** is before the Court upon Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed on January 30, 2026. [*See* ECF No. 1 ¶ 6]. On February 27, 2026, the Court directed Respondent to show cause as to why Petitioner should not receive an individualized bond hearing, or be released. [ECF No. 5]. On March 2, 2026, Respondent filed a Notice of Appearance [ECF No. 6], followed by a Response to the Court's Show Cause Order [ECF No. 7] (the "Response"), filed on March 7, 2026. In the Response, Respondent "incorporate[d] by reference, the legal arguments it presented in *Ocampo Fernandez v. Ripa*, No. 25-24981-CIV-LEIBOWITZ, ECF No. 17 (S.D. Fla. Nov. 25, 2025) . . . to conserve judicial and party resources while expediting the Court's consideration of this case." [ECF No. 7 at 1].

After extensive legal analysis in *Ocampo Fernandez*, this Court granted the petitioner's petition in part and denied it in part, ordering the respondent to provide the petitioner with an individualized bond hearing consistent with 8 U.S.C. § 1226(a). After due consideration, the Court hereby adopts the reasoning set forth in *Ocampo Fernandez* and orders the same relief in this case. Accordingly, it is hereby **ORDERED AND ADJUDGED as follows:**

1. The Petition [**ECF No. 1**] is **GRANTED IN PART AND DENIED IN PART**.  The Petition is granted on Count II.

2. Respondent shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a), **within seven (7) days of this Order**, or otherwise release Petitioner.[1]

3. Respondent shall file a notice with the Court on or before **April 1, 2026**, confirming and detailing its compliance with this Order.

4. Count I of the Petition [ECF No. 1 ¶¶ 39–42] is **DISMISSED** *without prejudice.*

5. *The Clerk* is directed to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on March 17, 2026.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1]   Other courts that have granted habeas corpus petitions on this precise issue have given much less time to provide the petitioner a bond hearing.  *See, e.g.*, *Perez*, No. 25-24820-CV, ECF No. 9 at 11 (two days); *Gonzalez*, 2025 WL 3145764, at *10 (three days); *Lopez-Campos*, 2025 WL 2496379, at *10 (seven days); *Gomes*, 2025 WL 1869299, at *9 (ten days).  However, consistent with Petitioner's request for a bond hearing within seven days of this Court's Order [ECF No. 1 at 9], the Court will give Respondent seven days to comply.

2